

**IT IS ORDERED as set forth below:**

**Date: October 3, 2022**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-62624-SMS |
| | ) | |
| CHRISTOPHER SHANE MARTIN, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SIGLER |

**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF**
**COMPROMISE AND SETTLEMENT**

The Trustee's *Motion for Approval of Compromise and Settlement with Chemence,*

*Inc.* (Doc. No. 38) (the "Motion") duly came before the Court for a hearing on September 28,

2022. There were no objections filed to the Motion and no party appeared in opposition. Based

upon the lack of opposition to the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion is *granted*. The Chapter 7 Trustee is authorized to

compromise and settle the Estate's claims pursuant to the terms and conditions set forth in the

Motion, including the Settlement Agreement and Mutual Release, which are hereby approved

in all respects and incorporated herein by reference. As such, the Trustee may enter into

documents necessary to effectuate the compromise and settlement set forth in the Motion.

**[END OF DOCUMENT]**

Prepared and Presented By:

/s/ Kathleen Steil
Kathleen Steil
GA Bar No. 598895
Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, GA 30031
Phone:  (404) 525-4000
ks@orratl.com
*Counsel for Trustee and*
*Trustee*

**DISTRIBUTION LIST**

Graham Newson, Esq.
Chartwell Law
5051 Peachtree Corners, Cir., Unit 200
Norcross, GA 30092

Matthew Herrington, Esq.
Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
101 Marietta Street NW, Suite 2650
Atlanta, GA 30303

United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

Christopher Shane Martin
523 South Bound Court
Acworth, GA 30102

Roger K. Ghai
Law Office of Roger Ghai, P.C.
PO Box 1053
Kennesaw, GA 30156

Kathleen Steil
Ogier, Rothschild & Rosenfeld, PC
P.O. Box 1547
Decatur, GA 30031

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701